# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SHAMEKA M. BRIDGES and PETERSON BRIDGES,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>   Defendant. | CASE No. 2:14-cv-00036-WMA |

## JOINT MOTION TO EXTEND THE RULE 26(f) CONFERENCE DEADLINE

Defendant Bayer HealthCare Pharmaceuticals Inc. and Plaintiffs Shamkea M. Bridges and Peterson Bridges (collectively, the "Parties") jointly move to extend the deadline under the Northern District of Alabama Local Rules for the Parties to hold a Rule 26(f) conference 30 days, until May 10, 2014.

Local Rule 26.1(d)(2) provides, "Unless otherwise ordered by the court in a particular case, the [26(f)] meeting must be held within 45 days from the first appearance of the defendant and at least 14 days before any scheduling conference set by the court under Fed. R. Civ. P. 16(b)." Defendant first made an appearance in this case on February 24, 2014 when it filed a Motion to Dismiss and Corporate Disclosure Statement. Forty-five days from that date is April 10, 2014. Defendant intends to file its Answer in this case on April 11, 2014, per the Court's March 28, 2014 Order. The Court has not yet set a Rule 16(b) scheduling conference. A 30-day extension will allow the Parties time to properly prepare for a Rule 26(f) conference after the initial pleading stage has completed. Therefore, the Parties request that the Court enter the proposed Order attached hereto as Exhibit A extending the Parties' deadline to hold a Rule 26(f) conference 30 days, until May 10, 2014.

Dated: April 10, 2014  Respectfully submitted,

By: */s/ F.M. Haston, III*
F.M. Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
Birmingham, AL 35203
Telephone: (205) 521-8000
Fax: (205) 521-8800
thaston@babc.com

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*

By: */s/ Navan Ward, Jr., by permission*
Navan Ward, Jr.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P. O. Box 4160
Montgomery, AL 36103-4160
navan.ward@beasleyallen.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2014, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Navan Ward, Jr.
Beasley Allen Crow Methvin Portis & Miles PC
P. O. Box 4160
Montgomery, AL 36103-4160
Navan.Ward@beasleyallen.com

Lawrence L. Jones II
JONES WARD PLC
312 South Fourth Street, Sixth Floor
Louisville, KY 40202
larry@jonesward.com

                                      */s/ F.M. Haston, III*