UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SHAMEKA M. BRIDGES and PETERSON BRIDGES,

    Plaintiffs,

    v.

BAYER HEALTHCARE PHARMACEUTICALS INC.,

    Defendant.

CASE No. 2:14-cv-00036-WMA

### DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Bayer HealthCare Pharmaceuticals Inc. amends its Rule 7.1 of the Federal Rules of Civil Procedure corporate disclosure statement as follows:

    1.    Bayer HealthCare Pharmaceuticals Inc. is a nongovernmental entity.

    2.    Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, all of whose issued and outstanding shares of common stock are owned by Schering Berlin Inc.

    3.    Schering Berlin Inc. is a Delaware corporation and is wholly-owned by Bayer HealthCare LLC.

    4.    Bayer HealthCare LLC is a Delaware limited liability company whose sole member is Bayer Corporation, and as such, Bayer HealthCare LLC is wholly-owned by Bayer Corporation, an Indiana corporation.

    5.    At the time Bayer HealthCare Pharmaceuticals Inc. submitted its initial corporate disclosure statement, Bayer Corporation was wholly-owned by Bayer World Investments B.V.

    6.    As of September 25, 2014, Bayer Corporation is wholly-owned by Bayer US Holding LP.

7. Bayer US Holding LP is a Delaware limited partnership, in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

8. Bayer Solution B.V. is a private limited liability company formed under Dutch law and is wholly-owned by Bayer World Investments B.V.

9. Bayer World Investments B.V. is a private limited liability company formed under Dutch law and is wholly-owned by Bayer AG.

10. Bayer AG is a German corporation with its principal place of business in Germany and whose stock is publicly traded in Germany. Bayer AG has no parent company and no publicly held company owns 10 percent or more of its stock.

Dated: January 9, 2015                Respectfully Submitted,

By:   */s/ F.M. Haston, III*
F.M. Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
Birmingham, AL 35203
Telephone: (205) 521-8000
Fax: (205) 521-8800
thaston@babc.com

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Navan Ward, Jr.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555

Lawrence L. Jones II
A. Layne Stackhouse
Jones Ward PLC
Marion E. Taylor Building
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
larry@jonesward.com
layne@jonesward.com

                 */s/ F.M. Haston, III*
                 OF COUNSEL