IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAMEKA M. BRIDGES and PETERSON BRIDGES, | } } } |
| Plaintiffs, | } } |
| v. | } CIVIL ACTION NO. } } 2:14-cv-036-WMA |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., | } } } |
| Defendant. | } |

## ORDER

Before the court is a motion to amend the complaint (Doc. 41) filed by plaintiffs on February 27, 2015. If defendant wishes to respond to the motion, it shall do so by **March 13, 2015**.

DONE this 27th day of February, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE