# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAMEKA M. BRIDGES and PETERSON BRIDGES,** | |
| Plaintiffs, | |
| v. | **CIVIL ACTION No.** |
| **BAYER HEALTHCARE PHARMACEUTICALS INC.,** | **2:14-cv-00036-WMA** |
| Defendant. | |

## DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.'S SECOND AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Bayer HealthCare Pharmaceuticals Inc. amends its Rule 7.1 of the Federal Rules of Civil Procedure corporate disclosure statement as follows:

1. Bayer HealthCare Pharmaceuticals Inc. is a nongovernmental entity.

2. Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, all of whose issued and outstanding shares of common stock and Senior Preferred Stock are owned by Schering Berlin Inc., and all of whose issued and outstanding shares of Junior Preferred Stock are owned by Bayer Inc.

3. Schering Berlin Inc. is a Delaware corporation and is wholly-owned by Bayer HealthCare Holdings LLC.

4. Bayer HealthCare Holdings LLC is a Delaware limited liability company. The sole member of Bayer HealthCare Holdings LLC is Bayer Corporation, and as such, Bayer HealthCare Holdings LLC is wholly-owned by Bayer Corporation.

5. Bayer Corporation is an Indiana corporation and is wholly-owned by Bayer US Holding LP.

6. Bayer US Holding LP is a Delaware limited partnership, in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

7. Bayer Solution B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer World Investments B.V.

8. Bayer World Investments B.V. is a private company with limited liability incorporated under the laws of the Netherlands and is wholly-owned by Bayer AG.

9. Bayer Inc. is a Canadian business corporation whose shares are owned by Bayer Canadian Holdings Inc. and Bayer Global Investments B.V.

10. Bayer Canadian Holdings Inc. is a Canadian business corporation whose shares are wholly-owned by Bayer Corporation.

11. Bayer Global Investments B.V. is a private company with limited liability incorporated under the laws of the Netherlands and whose shares are owned by Bayer Gesellschaft für Beteiligungen mbH and Bayer CropScience AG.

12. Bayer Gesellschaft für Beteiligungen mbH is a private company with limited liability formed under the laws of Germany and whose shares are owned by Bayer Pharmaceuticals AG and Bayer AG.

13. Bayer Pharmaceuticals AG is a German corporation whose shares are wholly-owned by Bayer AG.

14. Bayer CropScience AG is a Germany corporation whose shares are wholly-owned by Bayer AG.

15. Bayer AG is a German corporation whose stock is publicly traded in Germany.  Bayer AG has no parent company and no publicly held company which owns 10 percent or more of its stock.

Dated: March 24, 2015				Respectfully Submitted,

				By:	*/s/ Brian A. Wahl*
					F.M. Haston, III
					Brian A. Wahl
					Ellen S. Presley
					BRADLEY ARANT BOULT CUMMINGS LLP
					One Federal Place
					Birmingham, AL 35203
					Telephone: (205) 521-8000
					Fax: (205) 521-8800
					thaston@babc.com
					bwahl@babc.com
					epresley@babc.com

					*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Navan Ward, Jr.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P O Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555

Lawrence L. Jones II
A. Layne Stackhouse
Jones Ward PLC
Marion E. Taylor Building
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
larry@jonesward.com
layne@jonesward.com

                                               */s/ Brian A. Wahl*
                                               OF COUNSEL