FILED
 2015 Nov-06 PM 01:52
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAMEKA M. BRIDGES and PETERSON BRIDGES,<br><br>     Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.,<br><br>     Defendants. | CIVIL ACTION NO.<br><br>2:14-cv-036-WMA |

**ORDER**

The court has before it a motion to admit Justin B. Brown *pro hac vice* in the above-entitled case. The motion is well taken, and is GRANTED, but with the understanding and on the conditions (1) that Brown will be physically present at all hearings conducted in the case unless in response to his prior written motion he has been excused and (2) that unless he has already done so, he shall within fourteen (14) days register for E-filing and notice with the Clerk.

DONE this 6th day of November, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE