FILED
2015 Dec-23 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# ZUSTELLUNGSZEUGNIS

## CERTIFICATE

## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

| - | am (Datum) the (date) le (date) | 29.09.2015 |
|---|---|---|
| - | in (Ort, Straße, Nummer) at (place, street, number) à (localité, rue, numéro) | Müllerstr. 178, 13353 Berlin |

| | - | In einer der folgenden Formen nach Artikel 5: in one of the following methods autohorised by article 5: dans une des formes suivantes prévues à l'article 5: |
|---|---|---|
| ☒ | a) | in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *). in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *). selon les formes légales (article 5, alinéa premier, lettre a) *). |
| ☐ | b) | in der folgenden besonderen Form *): in accordance with the following particular method *): selon la forme particulière suivante *): |
| ☐ | c) | durch einfache Übergabe *). by delivery to the addressee, who accepted it voluntarily *). par remise simple *). |

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

| (Name und Stellung der Person) (identity and description of person) (identité et qualité de la personne) | |
|---|---|
| Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: relationship to the addressee (family, business or other): liens de parenté, de subordination ou autres, avec le destinataire de l'acte: | |

☐ 2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

☐ Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen / Annexes / Annexes

| Zurückgesandte Schriftstücke: Documents returned: Pièces renvoyées: | |
|---|---|
| Gegebenenfalls Erledigungsstücke: In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution: **siehe Anlage** | Ausgefertigt in **13357 Berlin, Brunnenplatz 1, AG Wedding** zu **70 AR 207/15 Ausl.** am **12.11.2015** Done at Fait à **Schultze, Rechtspflegerin** Unterschrift und/oder Stempel. Signature and/or stamp. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **SHAMEKA M. BRIDGES and** ) | |
| **PETERSON BRIDGES** ) | |
| ) | |
|     **Plaintiffs** ) | Civil Action No.: |
| ) | 2:14-CV-00036-WMA |
| **v.** ) | |
| ) | |
| **BAYER HEALTHCARE** ) | |
| **PHARMACEUTICALS, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____ ) | |

## **PROOF OF SERVICE**

The undersigned hereby certifies that on December 23, 2015, a copy of the Certificate of Service of Bayer Pharma AG was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                    Respectfully submitted,

                                                    **JONES WARD PLC**

                                                    /s/ *Justin B. Brown*_____
                                                    JONES WARD PLC
                                                    Lawrence L. Jones II
                                                    Justin B. Brown
                                                    Admitted *Pro Hac Vice*
                                                    312 South 4th Street, 6th floor
                                                    Louisville, Kentucky 40202
                                                    T: 502-882-6000
                                                    F: 502-587-2007
                                                    larry@jonesward.com
                                                    justin@jonesward.com

                                                    **BEASLEY, ALLEN, CROW, METHVIN**
                                                    **PORTIS & MILES, P.C.**
                                                    Navan Ward, Jr. (ASB-9527-A57W)
                                                    P.O. Box 4160

Montgomery, Alabama 36103
T: (334) 269-2343
F: (334) 954-7555
navan.ward@beasleyallen.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter, including the following, on this, the 23rd day of December, 2015:

                                              /s/ *Justin B. Brown*
                                              Justin B. Brown