FILED
2016 May-06 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAMEKA M. BRIDGES and PETERSON BRIDGES,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>2:14-cv-036-WMA |

**ORDER**

The court has before it a motion to admit Shayna S. Cook *pro hac vice* in the above-entitled case. The motion is well taken, and is GRANTED, but with the understanding and on the conditions (1) that Cook will be physically present at all hearings conducted in the case unless in response to her prior written motion she has been excused and (2) that unless she has already done so, she shall within fourteen (14) days register for E-filing and notice with the Clerk.

DONE this 6th day of May, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE