FILED
2016 May-23  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| SHAMEKA M. BRIDGES and<br>PETERSON BRIDGES,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC., et<br>al.,<br><br>    Defendants. | }<br>}<br>}<br>}<br>}<br>}   CIVIL ACTION NO.<br>}<br>}   2:14-cv-036-WMA<br>}<br>}<br>}<br>}<br>}<br>} |

## ORDER

The court has before it a motion to admit Kathleen E. Paley *pro hac vice* in the above-entitled case. The motion is well taken, and is GRANTED, but with the understanding and on the conditions (1) that Paley will be physically present at all hearings conducted in the case unless in response to her prior written motion she has been excused and (2) that unless she has already done so, she shall within fourteen (14) days register for E-filing and notice with the Clerk.

DONE this 23rd day of May, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE